# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| BRIANNA ELMER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMOL R. KOHLI, et al.,<br><br>Defendants. | Case No. 1:22-cv-02303-ESK-AMD |

## THE PARTIES' JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff Brianna Elmer ("Plaintiff"), and Defendants AARK Hospitality Gloucester, Inc., and AARK Hospitality Voorhees II, Inc., ("Settling Defendants" and together with Plaintiff, the "Parties") by and through their undersigned counsel, hereby jointly move this Honorable Court to grant the Parties' joint motion to approve settlement. In support thereof, the Parties state:

1. On April 20, 2022, Plaintiff filed her initial complaint asserting federal and state wage and hour claims against multiple entities, including the Settling Defendants. (Dkt. No. 1).

2. On January 14, 2025, the Court dismissed Plaintiff's claims against all but the Defendant AARK Hospitality Gloucester, Inc., in this matter. (Dkt. No. 59).

3. In April 2025, the Parties began settlement negotiations through which they reached an amicable resolution of this matter.

4. Despite a bona fide dispute existing pursuant to the Fair Labor Standards Act ("FLSA"), Plaintiff and the Settling Defendants recognize that any outcome in the lawsuit would be uncertain, and that achieving a final result through litigation would require additional risk, time, and expense.

5. The Parties have now executed a Settlement Agreement reflecting the terms of the resolution reached.

6. The Settlement Agreement resolves all claims and obviates the need for any appeal, and thus is in the Parties' mutual best interests.

7. Moreover, the Settlement Agreement provides Plaintiff with the entire amount that she would be entitled to from the Settling Defendants in this case as a matter of law.

8. Finally, the Settlement Agreement does not frustrate the implementation of any of the rights granted by the FLSA in the workplace.

9. For each of those reasons, the Parties, and their respective attorneys, believe that the settlement reached represents a fair, reasonable and adequate resolution of the claims asserted.

10. The Parties are prepared to submit the Settlement Agreement under seal should the Court prefer.

**WHEREFORE**, the Parties respectfully request that the Court grant the Joint Motion to Approve Settlement and enter the Order approving the Settlement filed contemporaneously with this motion.

Dated: August 22, 2025                                          Respectfully submitted,

| | |
|---|---|
| /s/ *Silvio A. Trentalange* | /s/ *Gerald D. Wells, III* |
| Silvio A. Trentalange | Gerald D. Wells, III |
| Marjorie McMahon Obod | Stephen E. Connolly |
| Claire Blewitt Ghormoz | **CONNOLLY WELLS & GRAY, LLP** |
| **DILWORTH PAXSON LLP** | 101 Lindenwood Drive, Suite 225 |
| 1650 Market Street, Suite 1200 | Malvern, PA 19355 |
| Philadelphia, PA 19103 | Telephone: (610) 822-3700 |
| Telephone: (215) 575-7000 | Facsimile: (610) 822-3800 |
| Facsimile: (215) 574-4603 | Email: gwells@cwglaw.com |
| Email: strentalange@dilworthlaw.com |             sconnolly@cwglaw.com |
|             mobod@dilworthlaw.com | |
|             cghormoz@dilworthlaw.com | Arkady "Eric" Rayz |
| | **KALIKHMAN & RAYZ, LLC** |
| **Counsel for Defendants** | 1051 County Line Road, Suite "A" |
| | Huntingdon Valley, PA 19006 |
| | Telephone: (215) 364-5030 |
| | Facsimile: (215) 364-5029 |
| | Email: erayz@kalraylaw.com |
| | |
| | **Counsel for Plaintiff** |

3