# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| BRIANNA ELMER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMOL R. KOHLI, et al.,<br><br>Defendants. | Case No. 1:22-cv-02303-ESK-AMD |

## ORDER

AND NOW, on this **25th** day of **August**, 2025, upon consideration of Plaintiff's and Defendants' Joint Motion for Approval of Settlement, and having concluded, pursuant to 29 U.S.C. § 216(b), that the agreed-upon settlement of this action represents a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, it is hereby ORDERED and DECREED that the Joint Motion is GRANTED and the settlement of this action is hereby APPROVED.

The Clerk of the Court is directed to mark this action as CLOSED.

_/s/ Edward S. Kiel_
**Edward S. Kiel**
**United State District Judge**
